costs. (See *Slattery* v. *Cothran,* 210 App. Div. 581.) Settle order on notice. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

SAMUEL GOLDY, Respondent, v. POUGHKEEPSIE FINISHING CORP., Appellant.— Order granting plaintiff's motion to examine defendant before trial unanimously modified so as to deny all items of plaintiff's notice of motion excepting items 1, 5, 7 and 8. The examination under item 5 is limited to matters relating to "business solicited and brought in by the plaintiff." As so modified the order, so far as appealed from, is affirmed, with $10 costs and disbursements to the appellant, with leave to the plaintiff to renew the motion for examination as to the items denied, after service of a further amended complaint. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

ALEXANDER S. PROLY et al., Appellants, v. CROSS & BROWN COMPANY et al., Respondents, et al., Defendants.— The record presented discloses that issues of fact exist which should be determined upon a trial of the action. The affidavits and exhibits submitted by the defendants in support of their motion do not establish that the "gross area" of the building is insufficient to constitute it a Class "A" building. As a consequence the order and the judgment appealed from are unanimously reversed, with costs to the appellants, and the motion denied. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.

THEODORE WEICKER, JR., Respondent, v. SCHATZ A. WEICKER, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted to the extent of increasing the alimony to $13,800 a year of which amount $4,200 a year is allowed for the support and maintenance of the appellant and $9,600 for the support, maintenance and education of the four children. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ. [See *post,* p. 894.]

CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee of a Trust Agreement Made by SIMON ASCHER, Deceased, to CENTRAL UNION TRUST COMPANY OF NEW YORK, Respondent, v. RUTH A. CARO et al., Appellants, et al., Defendants.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion. [See *post,* p. 834.]

CATHERINE WEINGART, Respondent, v. DAVID WEINGART, Appellant.— Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.

CATHERINE WEINGART, Respondent, v. DAVID WEINGART, Appellant.— Order denying defendant's motion to discontinue payment of alimony during the period of plaintiff's receipt of the allotment from the U. S. Navy Department reversed, without costs, and the said motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.

In the Matter of the Arbitration between LEO BLUHM et al., Respondents, and MILTON R. PEREIRA, Appellant.— Order modified by eliminating the stay of proceedings for the examination and inspection of all the books, papers, records, contracts and documents of the copartnership known under the style or firm name of Leo-Tex Company pending arbitration, and as so modified affirmed, with $20 costs and disbursements to the appellant. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Townley, J., dissent and vote to affirm. No opinion. Settle order on notice.

GEORGE STERN et al., Copartners Trading as AEON MANUFACTURING Co., Respondents, v. HARRY & BEN L. GEROFSKY, INC., Appellant.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements